**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Robert Barraza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1083 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| ROBERT BARRAZA, | ) | |
| Defendant. | ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                                        Respectfully submitted,

Dated: April 10, 2008                           /s/ *STEPHEN D. DEMIK*
                                                       Federal Defenders of San Diego, Inc.
                                                       Attorneys for Defendant
                                                       Stephen_Demik@fd.org

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  Counsel for Defendant certifies that the foregoing is true and accurate to the best

3  information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4  upon:

5      Courtesy Copy to Chambers

6      Copy to Assistant U.S. Attorney via ECF NEF

7      Copy to Defendant

9  Dated:  April 10, 2008        /s/ STEPHEN D. DEMIK
      Federal Defenders of San Diego, Inc.
      225 Broadway, Suite 900
      San Diego, CA  92101-5030
      (619) 234-8467  (tel)
      (619) 687-2666  (fax)
      Stephen_Demik@fd.org (email)