UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff              )<br>                                      )<br>    vs.                              )<br>                                      )<br> Barraza, et al                      )<br>                                      )<br>       Defendant(s)           )<br>_____) | CRIMINAL NO. 08mj1083<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

Rogelio Oplea-Mendoza

DATED: 4/18/2008

**RUBEN B. BROOKS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
            DUSM

OR

W. SAMUEL HAMRICK, JR.,  Clerk
    by
        Deputy Clerk